**Robert M. NELSON and William Bruce Branerdt,; et al., Plaintiffs–Appellants,**

v.

**NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, an Agency of the United States; et al., Defendants–Appellees.**

No. 07–56424.

United States Court of Appeals, Ninth Circuit.

April 11, 2011.

Virginia Keeny, Esquire, Dan Stormer, Hadsell Stormer Keeny Richardson & Renick, LLP, Pasadena, CA, for Plaintiffs–Appellants.

Wendy Ertmer, Esquire, Vesper Mei, Esquire, Mark B. Stern, Melissa N. Patterson, U.S. Department of Justice, Civil Division, Washington, DC, Alexander Pilmer, Esquire, Kirkland & Ellis LLP, Los Angeles, CA, for Defendants–Appellees.

D.C. No. CV–07–05669–ODW, Central District of California, Los Angeles.

Before: RYMER and WARDLAW, Circuit Judges, and REED, Senior District Judge.[*]

## ORDER [**]

We remand to the district court for further proceedings consistent with the United States Supreme Court's decision in

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*NASA v. Nelson,* —— U.S. ——, 131 S.Ct. 746, 178 L.Ed.2d 667 (2011).

**IT IS SO ORDERED.**